# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-04-00730-CV
NO. 03-04-00734-CV
NO. 03-04-00735-CV
NO. 03-04-00736-CV
NO. 03-04-00737-CV
NO. 03-04-00738-CV
NO. 03-04-00739-CV
NO. 03-04-00740-CV

The Daneshjou Company, Inc., Appellant

v.

Joe Goergen
&
CNA Construction, Inc.
&
Modern Design and Construction, Inc.
&
Fisher Millwork
&
Loredo Truss Company, Inc.
&
Loma Excavation, Inc.
&
G. P. Equipment Company
&
W. Lee Brown & Sons, Inc., Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
NOS. GN403647, GN403032, GN402512, GN402684, GN402481, GN403033, GN402513 &
GN402685, HONORABLE PAUL DAVIS, JUDGE PRESIDING

## **MEMORANDUM OPINION**

In each of these appeals, appellant, The Daneshjou Company, Inc., has filed an unopposed motion to abate. Appellant represents that all parties would benefit from an abatement of these appeals to permit focus on settlement negotiations. More than ten days have passed since the motion was filed, and no appellee has filed any opposition.

We grant appellant's motions and abate these appeals until October 17, 2005. Absent further report or motion from the parties, these appeals will be reinstated on that date.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Filed:   September 16, 2005

2